■ In the Matter of LINDA NORMAN, Respondent, v ARNOLD NORMAN, Appellant.—In a proceeding to modify a prior support order, the appeal is from an order of the Family Court, Queens County, dated September 8, 1978, which granted the petition by increasing the petitioner's support award from $47.50 per week to $70 per week. Order modified, on the facts, by reducing the award to $60 per week. As so modified, order affirmed, without costs or disbursements. The award was excessive to the extent indicated. Titone, J. P., Lazer, Margett and Martuscello, JJ., concur.